**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rickey O. Brathwaite | BK NO. 18-03198 RNO |
| | Chapter 13 |
| **Debtor** | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING as servicer for U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              215-627-1322