UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICKEY O. BRATHWAITE
        Debtor(s)
CHARLES J. DEHART, III             CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant
vs.                                      CASE NO: 5-18-03198-RNO
RICKEY O. BRATHWAITE
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 28, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on July 31, 2018.

2. A hearing was held and an Order was entered on November 7, 2018 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                              Respectfully submitted,

                                              s/ Agatha R. McHale, Esq.
                                              Id: 47613
                                              Attorney for Trustee
                                              Charles J. DeHart, III
                                              Standing Chapter 13 Trustee
                                              Ste. A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Ph. 717-566-6097
                                              Fax. 717-566-8313
                                              eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RICKEY O. BRATHWAITE
                      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                      Movant

CASE NO: 5-18-03198-RNO

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA

Date:  March 20, 2019

Time:  09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:   (717) 566-6097
Email:   dehartstaff@pamd13trustee.com

Dated:   February 28, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: RICKEY O. BRATHWAITE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
RICKEY O. BRATHWAITE

CHAPTER 13

CASE NO: 5-18-03198-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 28, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PHILIP W. STOCK, ESQUIRE<br>706 MONROE ST.<br>STROUDSBURG, PA 18360- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| RICKEY O. BRATHWAITE<br>5511 ELMWOOD DRIVE<br>TANNERSVILLE, PA 18372 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 28, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: RICKEY O. BRATHWAITE

Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant
RICKEY O. BRATHWAITE

Respondent(s)

CHAPTER 13

CASE NO: 5-18-03198-RNO

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.