UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICKEY O. BRATHWAITE : CHAPTER 13
       Debtor(s) :
 :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
 :
       vs. :
 :
RICKEY O. BRATHWAITE :
       Respondent(s) : CASE NO. 5-18-bk-03198

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 18th day of August, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 27, 2019 be withdrawn, as all issues have been resolved.

      Respectfully submitted:

      /s/Charles J. DeHart, III
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 18th day of August, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip Stock, Esquire
706 Monroe Street
Stroudsburg, PA 18360

      /s/Deborah A. Behney
      Office of Charles J. DeHart, III
      Standing Chapter 13 Trustee