```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 18-03198-RNO
Rickey O. Brathwaite                                              Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 1          Date Rcvd: Sep 03, 2020
                              Form ID: ordsmiss          Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Rickey O. Brathwaite,    5511 Elmwood Drive,    Tannersville, PA 18372-7747
5090678       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan-Infiniti LT.,    2901 Kinwest Pkwy,    Irving, Texas 75063)
5094632        +Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
5090679        +PPL Electric Utilities,    827 Hausman Road,    Allentown, Pennsylvania 18104-9392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5090677        +E-mail/Text: support@ljross.com Sep 03 2020 19:29:33      LJ Ross,   PO Box 1838,
                 Ann Arbor, Michigan 48106-1838
5090680        +E-mail/Text: jennifer.chacon@spservicing.com Sep 03 2020 19:29:52
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, Utah 84165-0250
5114291         E-mail/Text: jennifer.chacon@spservicing.com Sep 03 2020 19:29:52
                 U.S. Bank, National Association,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
5116746         EDI: AIS.COM Sep 03 2020 23:28:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Philip W. Stock    on behalf of Debtor 1 Rickey O. Brathwaite pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rickey O. Brathwaite,       Chapter    13

   **Debtor 1**

     Case No.    5:18–bk–03198–RNO

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 3, 2020      By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)