United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03198-RNO |
| Rickey O. Brathwaite | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf010 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rickey O. Brathwaite, 5511 Elmwood Drive, Tannersville, PA 18372-7747 |
| 5090678 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti LT., 2901 Kinwest Pkwy, Irving, Texas 75063 |
| 5094632 | + | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 5090679 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, Pennsylvania 18104-9392 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5090677 | + | Email/Text: support@ljross.com | Oct 07 2020 19:09:00 | LJ Ross, PO Box 1838, Ann Arbor, Michigan 48106-1838 |
| 5090680 | + | Email/Text: jennifer.chacon@spservicing.com | Oct 07 2020 19:09:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5114291 | | Email/Text: jennifer.chacon@spservicing.com | Oct 07 2020 19:09:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5116746 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 07 2020 19:38:29 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Philip W. Stock | on behalf of Debtor 1 Rickey O. Brathwaite pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Rickey O. Brathwaite, | | |
| Debtor | : | Case No. 18-bk-03198-RNO |
| | : | |

## ORDER

Upon consideration of Debtor's Motion to Reinstate Chapter 13 Bankruptcy Case, after hearing held on October 7, 2020, it is

**ORDERED** that Debtor's Motion to Reinstate Chapter 13 Case is hereby **GRANTED**.

Dated: October 7, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (BI)