United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rickey O. Brathwaite  
    Debtor(s)

Case No. 18-03198-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Nov 27, 2020     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | SODEXO @ SUNY Downstate Medical Center, Attention: Marsharique D. Tello, Human Resources Manager, 445 Lenox Road, Box 1215, Brooklyn, NY 11203-2017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Philip W. Stock | on behalf of Debtor 1 Rickey O. Brathwaite pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Rickey O. Brathwaite,
    Debtor : Case No. 18-bk-03198-RNO

:

### ORDER

Upon consideration of the above-named Debtor, Rickey O. Brathwaite, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, Rickey O. Brathwaite, receives income:

**SODEXO @ SUNY Downstate Medical Center**
**Attention: Marsharique D. Tello**
**Human Resources Manager**
**445 Lenox Road, Box 1215**
**Brooklyn, NY 11203**

Employee ID # **6077455**
Social Security # **xxx-xx-2074**

Starting December 2020, deduct from the income of Debtor, Rickey O. Brathwaite, the sum of **$283.27** from each bi-weekly paycheck ($609.03 per month). These deductions shall continue for 56 months up to and including the month of July 2025, to satisfy the monthly payment to the Trustee, as required under the Chapter 13 Plan, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sum to:

**CHARLES J. DEHART, III, TRUSTEE**
**PO BOX 7005**
**LANCASTER, PA 17604**

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

Dated: November 27, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)