In re:                                                                          Case No. 18-03198-MJC

Rickey O. Brathwaite                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: ordsmiss | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rickey O. Brathwaite, 5511 Elmwood Drive, Tannersville, PA 18372-7747 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5090677 | + | Email/Text: support@ljross.com | Aug 08 2024 18:40:00 | LJ Ross, PO Box 1838, Ann Arbor, Michigan 48106-1838 |
| 5090678 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 08 2024 18:40:00 | Nissan-Infiniti LT., 2901 Kinwest Pkwy, Irving, Texas 75063 |
| 5094632 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 08 2024 18:40:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 5090679 | ^ | MEBN | Aug 08 2024 18:37:17 | PPL Electric Utilities, 827 Hausman Road, Allentown, Pennsylvania 18104-9392 |
| 5090680 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 08 2024 18:40:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5114291 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 08 2024 18:40:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5116746 | | EDI: AIS.COM | Aug 08 2024 22:40:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Philip W. Stock | on behalf of Debtor 1 Rickey O. Brathwaite pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rickey O. Brathwaite,                          Chapter        13

   **Debtor 1**

                                               Case No.        5:18−bk−03198−MJC

### Order

   Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

   **ORDERED** that the case is hereby dismissed as to Debtor 1.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

                                               By the Court,


                                               Mark J. Conway, United States Bankruptcy Judge

                                               Dated:  August 8, 2024

ordsmiss (05/18)